UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



KELVIN WELLS

VERSUS

TIMOTHY TRAYNOR, ET AL

CIVIL ACTION

NO. 09-649-C

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated August 18, 2009, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiff's Complaint will be dismissed without prejudice for lack of subject matter jurisdiction.

Baton Rouge, Louisiana, September 29, 2009.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA